# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-1934
Lower Tribunal No. 2022-CC-007845-O

_____

FLORIDA WELLNESS & REHABILITATION CENTER OF HOMESTEAD a/a/o HELY FERRIGNY,

Appellant,

v.

PROGRESSIVE AMERICAN INSURANCE COMPANY,

Appellee.

_____

Appeal from the County Court for Orange County.
Andrew A. Bain, Judge.

July 16, 2024

PER CURIAM.

AFFIRMED.

STARGEL, WHITE and GANNAM, JJ., concur.


Chad A. Barr and Dalton Gray, of Law Office of Chad A. Barr, P.A., Altamonte Springs, for Appellant.

Kenneth P. Hazouri, of deBeaubien, Simmons, Knight, Mantzaris, & Neal, LLP, of Orlando, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED